In the Matter of the Application of CELIA HAMMER, Appellant, a Stockholder of the MANUFACTURERS TRUST COMPANY, Respondent, for the Appointment of Appraisers to Appraise the Value of Her Stock.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of IRVING NOVIS to Have His Fees Fixed and Paid for Legal Services Rendered in the Estate of MARIA COY, Deceased.— Order affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GRACE URSULA HARLEM, Respondent, v. LEWIS W. HARLEM, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Final Account of Proceedings of OTIS F. WOOD, Committee of the Person and Property of IDA E. WOOD, a Deceased Incompetent.— Order affirmed, with twenty dollars costs and disbursements, to the respondents Henry Wood and Bankers Trust Company, the temporary administrators. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., taking no part.

WILKAY CORPORATION and Others, Respondents, v. THE GOLDMAN SACHS TRADING CORPORATION and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GLOBE INDEMNITY COMPANY, Appellant, v. SAGGESE-STRUNSKY, INC., and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Liquidation of the EQUITABLE CASUALTY AND SURETY COMPANY. TRI-NATIONAL TRADING CORPORATION and JEROME B. SULLIVAN & COMPANY, Respondents; GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York and Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, Appellant, v. AMSTERDAM BUILDING CO., INC., and D. C. SERBER, INC., Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.